Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

## for the

### CENTRAL District of CALIFORNIA

### SOUTHEREN Division



FILED
CLERK, U.S. DISTRICT COURT

JAN ■ 7 2022

CENTRAL DISTRICT OF CALIFORNIA
BY        KMM        DEPUTY

Case No.   2:22-CV-170-CJC-JEM

*(to be filled in by the Clerk's Office)*

---

**DEBRA L JENKINS**

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

LOS ANGELES POLICE DEPART., SGT JAMES
FRONTIER (SN: 39547), MCMAHON (SN: 39291),
GARCIA (SN: 33761), HOM (SN: 59893), LT.
GILLAN (SN: 35215), SGT. VALENCIA (SN: ?),
CITY OF LOS ANGELES COUNTY, LAC+USC
HOSPITAL AND JOE DOE 1-100

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Jury Trial:  *(check one)*   ☒ Yes   ☐ No

)
)
)
)
)
)
)
)
)
)
)
)
)
)

---

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

December 31, 2021

Administrative Office of the United States Courts
One Columbus Circle, NE
Washington, D.C. 20544

CC:
United States District Court
255 E. Temple St.
Suite TS-134
Lo Angeles, CA 90012

To whom it may concern,

I write to request your agency investigate the event mention in the subsequent paragraphs enclose in this form. In hopes of determining them to have violated the constitutional rights and privileges of plaintiff.

Help to out the matter of black women, raped while unconscious by those under official oath to protect all equal under the law. The issue of preventing this grave and brazen offense. Of powerful, official systemic oppression of voices deprived the liberty of "her body integrity" as she sleeps in the Los Angeles County.

As I construct this complaint the pain of terror from the "fallout" causes mental anguish. For, I as a black (GAY) homeless woman, of 64, still subject to the "assistance programs" of Los Angeles County (e.g. housings) must realize this is my last stand against the on-going sexual (trafficking) abuse by Los Angeles county officials.

The emotional and physical distress causes a pain to mind and body. But not for defendants (listed within subsequent paragraphs this complaint) failure to adequately train, supervisor, and implement care of duty standards which assist victims of domestic violence, in Los Angeles County, the harm to plaintiff was foreseeable.

Gerkaris v. Champagne 913 F. Sup 646 (1995) cites

"Enacted as part of the Ku Klux Klan Act of 1871, 42 U.S.C. creates a cause of action against persons who conspire to prevent others from testifying in court. Sec 1983 contains three subsections,

1. Deals with the obstruction of public officers (officials) in the performance of their official duties.
2. Deals with intimidating a party, witness, or juror from fully or freely participating in a court case.
3. Deals with attempts to deprive a person of the equal protection of the rights and privileges guaranteed under the law."

Plaintiff ask, Does that include the right to sleep, without violation to the liberty and happiness enjoined?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | DEBRA L JENKINS |
| Address | 442 S. SAN PERDRO ST. (CURRENTLY HOMELESS) |

| | | |
|---|---|---|
| LOS ANGELES | CA | 90013 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | LOS ANGELES |
| Telephone Number | (323) 542-0898 |
| E-Mail Address | PUREMENTALITY74@GMAIL.COM |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | SARGENT JAMES FRONTIER |
| Job or Title *(if known)* | LOS ANGELES COUNTY POLICE OFFICER |
| Address | (UNKNOWN) |

| | | |
|---|---|---|
| (UNKNOWN) | CA | (UNKNOWN) |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | LOS ANGELES |
| Telephone Number | (UNKNOWN) |
| E-Mail Address *(if known)* | (UNKNOWN) |

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | MCMAHON (SN: 39291) |
| Job or Title *(if known)* | LOS ANGELES COUNTY POLICE OFFICER |
| Address | (UNKNOWN) |

| | | |
|---|---|---|
| LOS ANGELES | CA | 90013 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | LOS ANGELES |
| Telephone Number | (UNKNOWN) |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| E-Mail Address *(if known)* | (UNKNOWN) |
|---|---|

☒ Individual capacity   ☒ Official capacity

Defendant No. 3

| Name | LT. GILLAN  (SN: 35215) |
|---|---|
| Job or Title *(if known)* | LOS ANGELES COUNTY POLICE OFFICER |
| Address | (UNKNOWN) |

| LOS ANGELES | CA | 90013 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| County | LOS ANGELES |
|---|---|
| Telephone Number | (UNKNOWN) |
| E-Mail Address *(if known)* | (UNKNOWN) |

☒ Individual capacity   ☒ Official capacity

Defendant No. 4

| Name | LOS ANGELES COUNTY HOSPITAL (LAC+USC) |
|---|---|
| Job or Title *(if known)* | MEDICAL SERVICE PROVIDER |
| Address | 1200 STATE ST. |

| LOS ANGELES | CA | 90033 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| County | LOS ANGELES |
|---|---|
| Telephone Number | (UNKNOWN) |
| E-Mail Address *(if known)* | (UNKNOWN) |

☒ Individual capacity   ☒ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

This action is money damages brought pursuant to 42 U.S.C ??1983  and 1986, the Fourth, Fourteenth and  Eighth Amendments of Constitution.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> This is a civil rights action for damages brought under 42 U.S.C. §1985,1986,1343 and raising supplemental constitutional violation claims concerning the inaction and omissions of Los Angeles Police Offficers unlawful failure to protect plaintiff from a foreseeable phyisical sexual assault(s) as a pre-trial inmate at Metropolitian Facility Lockup.
> 1. On July 24, 2019 a tort against the city of Los Angeles and was denied October 3, 2019.
> 2. Plaintiff alleges defendant(s) on May 11, 2019 thru to May 17, 2019 "under color of law" sezied, in violation of Fourth Amendment, falsely imprisoned (on fabraicated charges) in violation of Fourteenth, sexually assaulted (while unconscious), and malicious prosecuted, in violation of Eighth Amendment right under the United Stated Constitution.
> 3. Los Angeles Police officers MaMahon (SN: 39291), Lt Gillan (SN: 35215) authorized the booking on false Attemped robbery charges, Garica (SN: 43761) searched and destroyed personal property, Sgt Valencia aided McMahon in fabraciation of evidence (photo line up). Hom (SN: 59893) booked and placed plaintiff in cell 108 of the Metropolitain Facility (city lockup).
> 4. Los Angeles County Hospital refuses to grant request for Ped Hub. Forensic Collection for purpose of gather evidence to possible idenity her attackers.
> 5. Prior (12 years) to this action by the LAPD, plaintiff had filed numerous complaints of SGT. James Frontier sex trafficking her unconscious body.
> 6. In retaliation for "snitching" plaintiff was again raped on June 4, 2019. Where on 6/5/19 Sgt Spellman and SR Garcia denied a request by plaintiff to be examined by Ped. Hub Forensic Collection Unit (VIP).

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Delibertate indifference--Prior to this event by the Los Angeles Police, plaintiff made undaunted efforts to acknowledge suffering from sexual assault, as she slept in HUD housing.

1. On May 13, 2019 plaintiff woke complaining of rectal pain. Los Angeles Police (2 Does) transported prisoner to LAC+USC. Where Los County Sheriff (Joe Does) medical staff, (as prisoner is handcuff to the bed, confirmed) the injury was due to a sexual assault.

2. Plaintiff further alleges the purpose for the kidnapping and false charging, was to allow defendant Frontier to continue to commit Aggravated Sexual Assault against her. As Frontier was aware of his crimes to be sanstioned by practices, policies and customs desgined to ignore complaints of women who are raped by LAPD. In protection of themselves.

3. In that LAC+USC's refusal to grant the request of a rape exaimation the access to establish evidence is denied. Obstruction of justice is also alleged by plaintiff. Los Angeles County as defendant have denied plaintiff the rights and privilages of the Fourth, Fourteenth, and Eighth Amendments of the United States Constitutions.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

Aug 2010 first confirmation on sodomy - Oct 2021 most recent attack. All confirmation and reports are on file medical, legal and digital.

C.  What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

1. Plaintiff in the past made complaints with Los Angeles Police Dept, (recorded interview 6/26/2018) Skid Row Housing (resident @ 1205 E. 6th St, Los Angeles, CA 90013 unit #301), Housing and Ubran Development employees (Feb 22, 2019 unlawfully removerd by Judge Thomas Long, Superior Court, Dept 95, May 1, 2019), Internal Affairs (recorded interview 2/28/2020), Attorney General employees 7/10/2019, Department of Mental Health employees, of being sexually assaulted as she slept in her HUD unit 301 of above location.
2. Plaintiff alleges she was removed unlawfully from the unit as for the months of Sept. 2018 thru April 2019 in effort to stop these unconscious rapes, slept with breaers (refigerator, bike and chairs) against the door of unit 301.
3. Tommie Dies at the time is the on-site property manager for Skid Row Housing Trust. He is the access to the unit for the LAPD rapist. Plaintiff alleges Mr. Dies is a witness and perpartator to the years of sexual abuse suffered (while unconscious under the care of HUD and Skid Row Housing Trust.
4. All as plaintiff slept and pay rent to the defendants for 12 years.  As "corcevice threats" Frontier often left "messages" of dates and names relating to the "Ass Party" on the walls of 301.
5. Los Angeles County officials at all times refused to investigate the seriousness of these allegations upto and after the violations stated within these paragraphs. (Includes as recent as October 1, 2021 attack.)

IV.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Plaintiff proof to injuries have been established by medical professionals from LAC+USC
Los Angelees County Hospital records show Jenkins was forced to endure great conscious pain and suffering of being unable to sleep and now isomina and often other distress due to the negligenc in the action and omissions. defendants conspired to deprive plaintiff's her "body intrigety".

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff request this Court to award
a.) compensatory and punitive damages to plaintiff against defendants both individual and in official capacity.
b.) cost of this action to the plaintiff
c.) reasonable attorney's fee and cost to the plaintiff on all counts of this complaint.
d.) assistance of counsel
e.) any such other relief as this court may deem appropriate

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   December 31, 2019

Signature of Plaintiff

Printed Name of Plaintiff   DEBRA L. JENKINS

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City    State    Zip Code

Telephone Number

E-mail Address

Exhibit F    LAC+USC confirmation (Sheriff Med staff) 5/13/19

---

**LAC+USC Medical Center**
1200 North State Street
Los Angeles, CA 90033-1083

| Patient: | JENKINS, DEBRA | | Admit: | 5/13/2019 |
| MRN: | 100969401 | | Disch: | 5/13/2019 |
| FIN: | 1016109264 | | Admitting: | Eradmadt,Eradmadt |
| DOB/Age/Sex: | 3/8/1957 | 62 years   Female | Accession: | n/a |
| Location: | USC ED, JER15, | | | |

## Discharge Documentation

Document Type:
Service Date/Time: -
Result Status:     Modified
Perform Information:  Corona RN,Sulema (5/13/2019 19:03 PDT); Corona RN,
Sign Information:  Corona RN,Sulema (5/13/2019 19:03 PDT); Corona RN,
   Sulema (5/13/2019 18:29 PDT); Corona RN,Sulema
   (5/13/2019 18:28 PDT)

|  | Admit: | 5/13/2019 |
| ED Clinical Summary | Disch: | 5/13/2019 19:03 PDT |
|  | Admitting: | Eradmadt,Eradmadt |
|  | Accession: | n/a |

ED Clinical Summary

## LAC+USC Medical Center

## Discharge Instructions (Clinical)

Current Date: 05/13/19 19:03:55

### PERSON INFORMATION

Name: JENKINS, DEBRA DOB: 03/08/1957 Age: 62 Years

MRN: 100969401 FIN: 1016109264

Address and Phone:
450 BAUCHET ST LOS ANGELES CA 900122907 (213) 924-1098

### DISCHARGE INFORMATION

Date of Discharge: 05/13/19 18:55:00
Discharge Diagnosis: Victim of sexual assault

### PROVIDERS

**Primary Care Provider:**
Name:
Phone:

**Emergency Department Providers:**

---

**LAC+USC Medical Center**

| Patient: | JENKINS, DEBRA | | Admit: | 5/13/2019 |
| MRN: | 100969401 | | Disch: | 5/13/2019 |
| FIN: | 1016109264 | | Admitting: | Eradmadt,Eradmadt |
| DOB/Age/Sex: | 3/8/1957 | 62 years   Female | Accession: | n/a |

## Discharge Documentation

| Provider | Role | Assigned | Unassigned |
| Peck III, Edwin Cady | Resident   ED/UCC Attending | 05/13/19 17:11:59   05/13/19 18:03:01 | |
| Taira, Taku | | | |

Comment:
### MEDICAL INFORMATION

### Vitals Information:

| Vital Sign | Triage | Latest |
| Temp Oral | 36.6 DegC | 36.6 DegC |
| Temp Axillary | | |
| Temp Rectal | | |
| O2 Sat | | |
| Respiratory Rate | 17 br/min | 17 br/min |
| Peripheral Pulse Rate | | |
| Blood Pressure | 175 mmHg / 101 mmHg | 175 mmHg / 101 mmHg |

### Major Tests and Procedures:

The following procedures and tests were performed during your ED visit.

**Laboratory Orders**
No laboratory orders were placed.

**Radiology Orders**
No radiology orders were placed.

**Cardiology Orders**
No cardiology orders were placed.

**Patient Care Orders**
No patient care orders were placed.

**Allergy Information:**
No Known Medication Allergies

### Medication List:

**emtricitabine-tenofovir (Truvada 200 mg-300 mg oral tablet)** 1 Tabs Oral Daily for 7 Days. Refills: 0.
Restricted to Infectious Disease and HIV Services/Clinic for the treatment of HIV. HIV pre-exposure prophylaxis
per CDC guidelines, OR HIV post-exposure prophylaxis per CDC guidelines.

**raltegravir (raltegravir 400 mg oral tablet)** 1 Tabs Oral 2 times a day for 7 Days. Refills: 0. Restricted to HIV
post-exposure prophylaxis per CDC guidelines, OR Infectious Disease and HIV Services/Clinic for the
treatment of HIV.

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

Is this [grievance an emergency?]
¿Es ésta una emergencia?

[ ] YES*  [ ] NO

If this is a medical or mental health emergency or you are
aware of a specific and immediate threat to your
life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental o si tiene
conocimiento de una amenaza específica e inmediata contra su
vida/seguridad, notifique a un alguacil de inmediato.

**Only one grievance per form.**
Solamente una queja por forma.

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| Jenkins, Debra | 5626328 | 5 Temple | Cell 108 | 5/13/19 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

### GENERAL SERVICES
[ ] Living conditions
[ ] Food
[ ] Showers
[ ] Property
[ ] Mail
[ ] Commissary/Account Balance
[ ] Clothing/Linen/Bedding
[ ] Educational/Vocational Programs
[ ] Other (explain below)
[ ] Classification
[ ] Telephone
[ ] Visiting

### MEDICAL/MENTAL
[ ] Medical Services (Place in envelope)
[ ] Mental Health (Place in envelope)
[ ] Dental (Place in envelope)
[ ] Americans with Disabilities Act (ADA)
[ ] Other (explain below)

### STAFF
[ ] Custody Personnel
[ ] Medical Staff
[ ] Mental Health Staff
[ ] Other (explain below)

Optional (check only if applicable):
[ ] Use of force
[ ] Retaliation
[ ] Harassment
[ ] Racial or identity profiling
* Specify the type(s) in your explanation
(please refer to the reverse side of the
pink copy for more information)

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

DATE, TIME, DAY OF OCCURRENCE          FACILITY OF OCCURRENCE          LOCATION OF OCCURRENCE

I awoke on Mon morn ...
or the day went ...
Answer ...
a nurse I was ...

If needed, additional space is provided on the back of this page.

[ ] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State ____ ZIP ____ Phone (___) _____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature _____

## FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | |

*Watch commander notified of emergency grievance

This grievance [ ] was [ ] was not handled as an emergency. If not, please explain below.

**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

If a disposition was rendered, please complete:          BRIEF SUMMARY OF ACTIONS TAKEN

| FINDINGS | RELIEF | |
|---|---|---|
| [ ] SUSTAINED | [ ] GRANTED | |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | |
| [ ] NOT SUSTAINED | [ ] DENIED | |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | * Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS) |

Inmate was notified of disposition/status/modification by: _____ (Supervisor), on _____ (Date/Time).

Employee # _____          Date and Time of Review

Exhibit Sexual Assault Report hand to
Complaint Officer Sgt Fernidas
filed
in Lynwood Facility
5/13/2019

```
SI01  - INQUIRE BY BOOKING NO. - JDS                    PAGE   01

BOOKING NO: 5626328 MAIN NO: 08086173 SID/CII NO:  10696598        AKA: 03
                                  SP HANDLING:
LAST NAME: JENKINS          FIRST NAME: DEBRA         MID INIT: L  SUF:
   SEX: F  RACE: B AGE: 62 DOB: 03/08/57 HAIR: BLK EYES: BRO HGT: 502 WGT: 110
             OVERALL CHARGE LEVEL  F    UNUSUAL OCCUR:
PERM HOUSING: CRDFCRF0    TEMP LOC:              SENT STATUS: 1  VISIT ST: N
   GRAND TOT:    100,396.00  TOT BAIL:    100,396.00 TOT REM FINE:       0.00
NEXT CRT: COM   NXT CRT DATE: 05/15/19   CRT TIME: 0830  CASE #  SD78732519


ARR CHARGE: 211PC        ARR AGY: 4201   ARR DATE: 05/11/19  ARR TIME: 1530
   FILE NO:               BOOKED DATE: 05/11/19  TIME: 1800  LOC: 4273
RLSE DATE:          RLSE REASON:      RLSE TO AGENCY:      EMP ID:
RLSE TIME:                           HOLD AGENCY:        CANC: 00

CASE # OR WARRANT                      TOT    NXT CRT  SNT   DISP/
  CHARGE/LEVEL  COURT  BAIL/FINE    RATE   PENALTY  SNT DAY  DAYS   EXP
SD78732519
  B53.7PC    M COM    396.00 B   0.00     0.00  051519  00000 000000
JD9139 DEPRESS PA1 KEY TO SEE NEXT PAGE OR PF 11 KEY TO RETURN TO MENU.


   PF4-SID/CII SEARCH    PF5-AKA DISPLAY            NXT TRAN SI01 05626328
```

JD9139
Free EVASION
from 2008    Prem.
          Probable CAUSE

Insurance Name: MEDI-CAL MANAGED CARE HEALTH NET 646

Phone Number: (800) 675-6110

Group Name:

*EXHIBIT*

*E*

**Future Appointment(s)**

**Future Appointments**

  USC VIP
    **Appt Address:** --
    **Facility:** LAC+USC Medical Center
    **Building:** Building B (Outpatient Clinic) 3rd Flr - 2010 Zonal Avenue, Los Angeles CA 90033
    **Appt. Type:** Peds Hub Forensic Evidence Collection
    **Phone:** (323) 409-5086
    **Fax:** (323) 226-7289
    **Appt. Date:** 10/03/2021  06:00 AM
    **Scheduled Provider:** USC SANE Provider

**Allergies**

  No Known Allergies

*#4242 10/2*
*#904 - 10/ 3 (3 Female Does)*

**Medication List**

**New Medications**

*Reports by LAPD*
*Appt Canceled*

  CVS/pharmacy #10509, 3627 E Cesar E Chavez Ave Los Angeles, CA 900632216, (323) 268 - 2703

    cephalexin **(cephalexin 500 mg oral capsule)** 1 capsules Oral every 12 hours for 7 Days. Refills: 0.
    Last Dose:_____

**Medications That Were Updated - Follow Current Instructions**

  None

**Medications that have not changed**

  None

Name: JENKINS, DEBRA          3 of 12          10/3/2021 10:55:01
MRN: 102180072

**My Signature Below Indicates:**

1. I have received and understood the oral instructions regarding my current medical problem.

2. I will arrange follow-up care as instructed above.

3. I acknowledge receipt of the written instruction as outlined on this and any previous page(s). 4. I will read and review these instructions.

_____

Patient Signature 10/03/21 10:54:59

_____

Provider Signature

# LOS ANGELES POLICE DEPARTMENT COMPLAINT OF EMPLOYEE
## MISCONDUCT Form 01.81.06 (12/98)

This form should be used exclusively to report employee misconduct. Complaints regarding Los Angeles Police Department policies and procedures, or police response time to a location, should be discussed with the watch commander at your local police station. Upon completion of this form, you may either return it in person to the nearest police station, or mail the top copy to LOS ANGELES POLICE DEPARTMENT, Internal Affairs Group, P.O. Box 30158, Los Angeles, CA 90099-4896. A pre addressed business reply envelope has been provided for your convenience. Keep the second copy for your records.

Day Name Debra Jenkins **Phone** 213 285 8266

Evening

Address Homeless  (Due to Actions Unlawful Eviction of LAPD)

Language Spoken English

Date of Occurrence: 05/11/2019 Time of Occurrence 1530

Location of Occurrence: 6th @ Crooker

Names, Badge Numbers or Serial Numbers of Employees Involved (If known).

1.   McMahon (SN-39291)
2.   Garcia (SN:43761)
3.   Hom (SN: N59893)
4.   Lt. Gillan (SN:  35215)
5.   Sgt. Valencia SN
6.   Lozano (SN: 43458)

Names, addresses, and telephone numbers of **witnesses** present at the time of occurrence (If known).
**Each and every officer(s) on scene in response to this arrest.** LIST ADDITIONAL EMPLOYEES AND/OR WITNESSES UNDER THE "DETAILS" SECTION.) Details - (Please state your complaint, including names, times, locations, witnesses, and any other information that would help in investigating your complaint. If employee names are unknown, explain what each employee looked like.)

Date:  May 25, 2019         Signature

On May 11, 2019 @ the above mentioned time and place, while petitioner rides North on bicycle up 6th, Officer Lozano SN (driver) and partner McMahon turned onto

on to 6th in a hurried action, petitioner made a right onto Crocker. As the officer makes left onto Crocker from 6th, the petitioner stops and turns to face the squad car. Officer McMahon grabs the petitioner off her bike. Office McMahon states petitioner name "You're Debra Jenkins,  under arrest" and in handcuffs.

Petitioner was then informed by Office McMahon "You were picked from a photo line up in a complaint for 211 attempted robbery."

In the statement, the same one made on the 3rd of May 2019, Where the  Petitioner also encounters the phrase "You fit the description" Only in the movies could actions performed  by the LAPD (aka Mobbed Square), on the same "suspect"  one week; different outcomes.

McMahon then had a female officer (Garcia SN: 43761) first destroy personal property (Female cut both straps from black bag) McMahon stating "I am not removing the handcuffs." Female than body search petitioner.

*Tort file to city Atty Jul 24, 2019*
*File #C20-00375*

As McMahon informs the petitioner "this is an ongoing investigation." Petitioner was then "strongly" placed into the back seat of the squad Yet, of the prior "You fit the description" of robbery May 3, 2019 no arrest was made.

*Exhibit*

*Page 1 o 2*

Petitioner was at that time left on the street 6 @ Kohoel approx. 22:15.

Upon the arrival at Central Station loc: 6 @ Wall,  Petitioner was again body searched, shoes removed, and placed in a holding cell; still handcuffed. Officer Lozano processed the personal property of the petitioner. Also require signatures to ID property by the petitioner.  Before leaving Central Station,  Sgt. Valencia (SN-      ) harassed and made remarks to the petitioner as she questioned their actions. Sgt. Valencia (SN-      ) was the officer who at first the morning of the 10th refused to allow the petitioner to submit a grievance complaint regarding the  "You fit the description" on May 3, 2019. Sgt. Valencia relented, compiling to accept the forms. Now, in the current action of May 11, 2019 Sgt. Valencia states: "Now you're going to jail." Petitioner views as Sgt Valencia takes printed photos from a file and processed out of the holding cell area. Petitioner took note that her image was one of about eight in the "photo line-up."

Petitioner was then transferred to loc 5 @ Temple by officers McMahon and Lozano.  Where "suspect" was booked by Officer Hom (SN: N5983). Placed in cell 108.  The approving of fraudulent charge 211 attempted robbery by Lt. Gillani (SN: 35215) resulting in the SEXUAL ASSAULT **(while in a state of unconsciousness)** Confirmed on May 13, 2019 @ LAC-USC)  of "suspect" while in the custody of these officers.

*Debra Jarvis*      5/24/19

**DEPARTMENT USE ONLY 0**

To be completed by the supervisor receiving this form.
Supervisor's name Serial Number
Date and time received Division
Final disposition
(i.e. forwarded to IAG; 01.28.00 initiated; sent correspondence to complainant, etc.) (Attach additional sheets if needed.) CF NO. DIV. NO. 01.81.06 (12/98)

*Exhibit*

TYPE | CHARGE & CODE | 6TH | ST | DEFINITION
F | 211PC | | | ATTEMPT ROBB W

ADDITIONAL CHARGES (FOR ADDL WARRS LIST NO, COURT)

APPRAIGN DATE | TIME | COURT

ARRESTING OFFICER | SERIAL NO
MCMAHON | 39291
SEARCHING OFFICER | SERIAL NO
GARCIA | 43761
PROPERTY

IN#946083923, INC#19051110
RS, RED LACES, BLK LANYARD

THIS IS YOUR

1. BAIL:
   A. On a MISDEMEANOR CHARGE O
   B. On a WARRANT ISSUED IN ANO
      purpose of being admitted to bail.
      your jailer.
2. RELEASE FROM CUSTODY. You wi
   established. Positive identification ha
3. COURT APPEARANCE: You may ap
4. TELEPHONE CALLS: Within 3 hours
   A. At City expense within the local dialing
      (1) An attorney of your choice, the
      (2) A bail bondsman.
      (3) A relative or other person.
   B. For information regarding addition
5. ATTORNEYS AND BAIL BONDSME
   Beware of any person interested in p
6. VISITORS: Inmates are permitted a
   Visitation rules do not apply to visits
   Hours are Thursday, Saturday and su
7. FOREIGN NATIONALS: You may ha
   Visits from the Consular Office are permit
8. YOUR PROPERTY. Your pro erty will
9. ILLNESS: If you need medical attenti
10. READING AND RECREATION: A grot
    set by the jail supervisor. Hours may
11. VOTING: Notify the jailer of any reco
12. RELIGIOUS OBSERVANCE: Notify
    religious services are held each
13. INMATE GRIEVANCE PROCEDURE
14. MAIL: Mail to and from an inmate ma

---

Property receipt (left side):

| | DESCRIPTION OF PROPERTY |
|---|---|
| 1 | BLK BAG |
| 1 | RED / BRN BAG |
| 1 | MISC. CLOTHING |
| 1 | MISC. ELECTRONICS |
| 1 | MISC. ITEMS |

SERIAL NO.
43758

ING OFFICER
ZAND

F ARRESTEE'S AGENT

AUTHORIZATION FOR RELEASE (ARRESTEE'S SIGNATURE)

DATE

TO CLAIM YOUR PROPERTY, OR TO MODIFY THE DEPARTMENT IN WRITING TO REQUEST YOUR PROPERTY BE HELD
10 MONTHS FROM THE DATE THE DEPARTMENT TOOK POSSESSION, IT WILL BE SOLD OR DESTROYED AFTER 90 DAYS.

ITEM | QUAN. | DESCRIPTION OF PROPERTY | ITEM | QUAN. | DESCRIPTION OF PROPERTY

---

SI01  -  INQUIRE BY BOOKING NO.  -  JDS                    PAGE    01

BOOKING NO: 5626328 MAIN NO: 08086173   SID/CII NO: 10696598      AKA: 03
                                        SP HANDLING:

LAST NAME: JENKINS        FIRST NAME: DEBRA      MID INIT: L  SUF:
SEX: F  RACE: B AGE: 52 DOB: 03/08/57  HAIR: BLK EYES: BRO HGT: 502 WGT: 110
                OVERALL CHARGE LEVEL  F   UNUSUAL OCCUR:
PERM HOUSING: CRDFCRF0  TEMP LOC:              SENT STATUS: 1   VISIT ST: N
GRAND TOT:   100,396.00 TOT BAIL:     100,396.00 TOT REM FINE:        0.00
NEXT CRT: M30    NXT CRT DATE: 05/16/19   CRT TIME: 0830  CASE # 9999999999

ARR CHARGE: 211PC       ARR AGY: 4231    ARR DATE: 05/11/19      ARR TIME: 1530
FILE NO:              BOOKED DATE: 05/11/19  TIME: 1800   LOC: 4273
RLSE DATE:           RLSE REASON:         RLSE TO AGENCY:        EMP ID:
RLSE TIME:                                HOLD AGENCY:           CANC: 00

CASE # OR WARRANT                         TOT      NXT  CRT   SNT    DISP/
  CHARGE/LEVEL COURT  BAIL/FINE   RATE   PENALTY   SNT  DAY   DAYS   EXP
SD7873519       M.COM                     0.00     0.00 051519 00000 000000
  853.7PC       M COM     396.00 B        0.00
JD9139 DEPRESS PA) KEY TO SEE NEXT PAGE OR PF 11 KEY TO RETURN TO MENU.

*(Exhibit*



**MICHAEL N. FEUER**
CITY ATTORNEY

October 3, 2019

Debra Lynn Jenkins
Jenkins C/O Women's Day Center
442 S. San Pedro
LOS ANGELES, CA 90013

     RE:     Our Claim No.: C20-00375

Dear Debra Jenkins:

The subject claim against the City has been referred to this office.

After reviewing the circumstances of the claim and the applicable law, it has been determined that the claim should be denied.

This letter represents a formal notice to you that said claim has been denied. In view of this action, we are required by law to give you the following warning:

**\*\*\*WARNING\*\*\***

     **"Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action alleging state causes of action. The time within which federal causes of action must be filed is governed by federal statutes."**

     **"You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately."**

          Very truly yours,

          Martin Boags
          Deputy City Attorney

MBOAG :SCHRI
Enclosure(s)

## PROOF OF SERVICE BY MAIL

I, Spencer Christovale, declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 200 North Main Street, Room 600, City Hall East, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing correspondence for mailing via the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 3, 2019, at my place of business at Los Angeles, California, I mailed a Denial Letter for Claim Number C20-00375 by placing it, with postage thereon fully prepaid, for collection and mailing via the United States mail addressed as follows:

Debra Lynn Jenkins
Jenkins C/O Women's Day Center
442 S. San Pedro
LOS ANGELES, CA 90013

I declare under penalty of perjury that the following is true and correct. Executed on October 3, 2019, at Los Angeles, California.

Spencer Christovale

**CH-109**   **Notice of Court Hearing**

*YOUR COPY*

Clerk stamps date here when form is filed.

**FILED**
Superior Court of California
County of Los Angeles

AUG 27 2018

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Nancy Daz

① **Person Seeking Protection**

a. Your Full Name: *Debra Jenkins*

Your Lawyer *(if you have one for this case):*

Name: *Pro Se*   State Bar No.: _____

Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information.
If you do not have a lawyer and want to keep your home address
private, you may give a different mailing address instead. You do not
have to give telephone, fax, or e-mail.):*

Address: *205 E. 6th St #301*

City: *LA*   State: *CA*   Zip: *90021*

Telephone: _____   Fax: _____

E-Mail Address: _____

Fill in court name and street address:

**Superior Court of California, County of**

Los Angeles Superior Court
Central District, Family Law
111 N. Hill Street, Room
Los Angeles, CA 90012

Court fills in case number when form is filed.

Case Number:
**18STRO06186**

② **Person From Whom Protection Is Sought**

Full Name: *Tommy Dies*

*The court will complete the rest of this form.*

③ **Notice of Hearing**

A court hearing is scheduled on the request for restraining orders against the person in ②:

| Hearing Date | Date: *9/18/18*   Time: *8:30a m*   Name and address of court if different from above: |
| Dept.: *2C*   Room: *243* |

④ **Temporary Restraining Orders** *(Any orders granted are on Form CH-110, served with this notice.)*

a. Temporary Restraining Orders for personal conduct and stay-away orders as requested in Form CH-100,
*Request for Civil Harassment Restraining Orders,* are *(check only one box below):*

(1) ☐ All **GRANTED** until the court hearing.

(2) ☐ All **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

(3) ☒ Partly **GRANTED** and partly **DENIED** until the court hearing. *(Specify reasons for denial in b, below*

*Housing Auth oLA*

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2014, Mandatory Form
Code of Civil Procedure, § 527.6
Approved by DOJ

**Notice of Court Hearing**
**(Civil Harassment Prevention)**

CH-109, Page 1

*Fair Housing Act*
*(42. USC 3601-(a) you*
*comment 3604*
*The House of 98/42 USC 3543*
*Fu Hou Act of 1957 et.seq*
*(42 USC 142 et.seq)*

*(Exhibit*

*212 COUNTY SERVICES*

Letter to judge:

**Debra Jenkins**
**1205 E. 6th St Unit #301**
**Los Angeles**
**(747) 231 8423**
**90021**
puramentality74@gmail.com

8/24/2018

Dear Sir/Madam

This letter is to request the court to investigate the sexual assaults on my person, while asleep in my unit. At the above address.

On August 19, 2010 was the first experience of sexual assault, while unconscious. Which was verified by medical professionals. The least attack was June 22, 2018 in which I awoke in serve pain to my recital. On June 24, 2018 torn tissues, redden, swollen, rectum area, shown to result from a sexual assault, was also confirmed by medical professionals at LAC general hospital. At this examine police denied victim a rape kit, as they refuse to paid for the DNA evidence.

In this matter there have been other attacks on victim while asleep. Where HUD, SRO Housing, and the Los Angeles Police officials have been negligent to prevent the predators, Mr. Tommy Dies the property manager, and Sgt. James Frontier a police officer from getting away with rape.

The alleged perpetrators leave their names and date upon the wall of the victim's unit walls, floors, and door. Under the caption "I f**ked Debra in the ass." alone with "graffiti" drawings, to sexual harass victim of the unconscious attacks.

The following LAPD Investigative reports have been filed by victim. Yet not one has been investigated.

| INC#  p | Date |
|---------|------|
| #10082800 | 8/28/2010 |
| 108007001849 | 8/07/2017 |
| 180624000168 | 6/24/2018 |
| 180705001801 | 7/05/2018 |

*Dates: Tommy Dies*
*Signed on my Walls*
*7/19/17   6/5/18*
*8/4/17   6/15/1*
*5/13/18   3/13*
*6/22/18*

Sincerely,

Debra Jenkins

*Sept 18: LETTER presented to Judge.*
*2018 Whereon Petitioner was removed from the court.*

(Exhibit

### LAC+USC Medical Center
1200 North State Street, Los Angeles, CA 90033
323-409-1000
Discharge Instructions - Patient

**Name:** JENKINS, DEBORAH     **Current Date:** 06/24/18 04:10:01
**DOB:** 03/08/1957     **MRN:** 100969401 **FIN:** 1012348147
**Reason for Visit:** Rectal pain; Sexual assault

**Visit Date:** 06/24/18 00:54:00
**Address:** 1205 E 6TH ST LOS ANGELES CA 900211209
**Phone:** (213) 924-1098

We are pleased to have been able to provide you with emergency care. Please review these instructions when you return home in order to better understand your diagnosis and the necessary further treatment and precautions related to your condition.

**IMPORTANT NOTICE:** If you get worse, develop new symptoms, or are not getting better as expected, return to the emergency department or seek other medical care right away. The examination and treatment you have received in our Emergency Department have been rendered on an emergency basis only and will not substitute for definitive and ongoing evaluation and medical care. As part of your ED visit, a follow-up appointment may have been arranged for you. It is essential that you keep any follow-up appointments that are made for you. If you need to reschedule your appointment, please call that clinic directly. Report any new or remaining problems at the time of your follow-up appointment, because it is impossible to recognize and treat all elements of injury or disease in a single Emergency Department visit.

**Discharge Information:**
**Diagnosis**
Rectal pain

**Follow Up**

**With:**                    **Address:**                    **When:**

Primary care provider

**Comments:**

take the HIV prophylaxis medications if you are concerned about your risk of getting HIV from this exposure. If you decide to take it, you must start it as soon as possible for it to be still effective. It can cause stomach upset and nausea as well as affect your liver function, so you must follow up with your doctor to have your liver function rechecked.

follow up with your primary care doctor within 1 week to discuss whether or not you should continue the HIV prophylaxis medications

Name: JENKINS, DEBORAH
MRN: 100969401

1 of 7                    06/24/2018 04:10:02

6/24/18  Sexual Assault receive preventive
            Medication for HIV
But refused rape examination

**With:**                    **Address:**                    **When:**

Return to the emergency
department

**Comments:**

 return to the ER if you have severe rectal pain, heavy bleeding, severe abdominal pain,
fever > 100 F, or any other concerns

Insurance Name: MEDI-CAL MANAGED CARE HEALTH NET 646

Phone Number: (800) 675-6110

Group Name: JWCH WESLEY HEALTH CENTER 5628677999

**Future Appointment(s)**

**Future Appointments**
   No Future Appointments Scheduled

**Future Orders**

**Allergies**
   No Known Medication Allergies

**Medication List**

**New Medications**

   **Printed Prescriptions**

   **emtricitabine-tenofovir (Truvada 200 mg-300 mg oral tablet)** 1 Tabs Oral Daily for 7 Days. Refills: 0.,
   Restricted to Infectious Disease and HIV Services/Clinic for the treatment of HIV, HIV pre-exposure
   prophylaxis per CDC guidelines, OR HIV post-exposure prophylaxis per CDC guidelines.
   Last Dose:_____

   **raltegravir (raltegravir 400 mg oral tablet)** 1 Tabs Oral 2 times a day for 7 Days. Refills: 0., Restricted to HIV
   post-exposure prophylaxis per CDC guidelines, OR Infectious Disease and HIV Services/Clinic for the
   treatment of HIV.

Name: JENKINS, DEBORAH                    2 of 7                    06/24/2018 04:10:02
MRN: 100969401

 HOUSING AUTHORITY OF THE CITY OF LOS ANGELES
AN EQUAL OPPORTUNITY – AFFIRMATIVE ACTION   EMPLOYER

October 10, 2019

Ms. Debra Jenkins

515 Crocker St
Los Angeles, CA 90013

EID#000046244

**RE:  Meeting**

Dear Ms. Jenkins:

An appointment has been scheduled for you with:

**Housing Manager:        Ms. Eskander**

> **DATE:  October 15, 2019**
> **TIME:  9:00 AM**
> **PLACE: 2600 Wilshire Blvd, 1st Floor**
> **Los Angeles, CA 0057**

Please bring to this appointment any documentation you feel is pertinent. Please call me at (213) 252-2563 if you are unable to keep this appointment.  Please be on time.

Sincerely,

Mrs. Lula Eskander
Housing Manager
(213) 252-2535

*MEEting held sexual assault complaint still ignored.*
*HUD employees*
*DONNA NAVARRO*
*Lula Eskander*
*(2 Joe Does)*

```
01   -   INQUIRE BY BOOKING NO. - JDS                    PAGE    01

OKING NO: 5626328 MAIN NO: 08086173  SID/CII NO:  10696598        AKA: 03
                                SP HANDLING:
ST NAME: JENKINS           FIRST NAME: DEBRA         MID INIT: L  SUF:
SEX: F  RACE: B AGE: 62 DOB: 03/08/57 HAIR: BLK  YES: BRO HGT: 502 WGT: 110
              OVERALL CHARGE LEVEL  F    UNUSUAL OCCUR:
RM HOUSING: CRDFCRF0    TEMP LOC:           SENT STATUS: 1   VISIT ST: N
GRAND TOT:   100,396.00  TOT BAIL:   100,396.00 TOT REM FINE:        0.00
XT CRT: M30    NXT CRT DATE: 05/14/19  CRT TIME: 0830  CASE # 9999999999


R CHARGE: 211PC          ARR AGY: 4201   ARR DATE: 05/11/19  ARR TIME: 1530
FILE NO:                 BOOKED DATE: 05/11/19  TIME: 1800  LOC: 4273
LSE DATE:      RLSE REASON:         RLSE TO AGENCY:      EMP ID:
LSE TIME:                          HOLD AGENCY: C       CANC: 00


ASE # OR WARRANT                          TOT   NXT CRT  SNT   DISP/
 CHARGE/LEVEL  COURT  BAIL/FINE     RATE  PENALTY SNT DAY DAYS  EXP
D78732519                                               T0
 853.7PC    M COM      396.00 B    0.00     0.00  051519    10 000000
D9139 DEPRESS PA1 KEY  ) SEE NEXT PAGE OR PF 11 KEY TO RETURN    U.

 PF4-SID/CII           PF5-AKA DISPLAY              NXT TRAN SI01 05626328
```

Plaintiff (Exhibit
court doc pass

# Social Security Administration

Date:  October 21, 2021
BNC#:  21BC477C09414
REF:  A ,DI

\#   000017531     I=000000    1021 BEVE 96S

17521 1 AB 0.458
DEBRA L JENKINS
442 S SAN PEDRO ST
LOS ANGELES CA 90013-2132

You asked us for information from your record.  The information that you requested is shown below.  If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2020, the full monthly Social Security benefit before any deductions is $ 656.80.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $ 656.00.
(We must round down to the whole dollar.)

We pay Social Security benefits for a given month in the next month.  For example, Social Security benefits for March are paid in April.

## Information About Supplemental Security Income Payments

Beginning January 2021, the current Supplemental Security Income payment is $ 405.04.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).



See Next Page



PRESS FIRMLY TO SEAL

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY**
MAIL ®

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

USPS TRACKING® #

EXPECTED DELIVERY DAY  01/07/22

9505 5150 5405 2006 7281 46

PS00001000014

**PRIORITY**
★ MAIL ★

FROM: Debra L Jenkins
442 S. San Pedro St
Los Angeles Ca 90013

TO: United States District Court
255 E. Temple St.
Suite TS-134
Los Angeles, CA 90012
ATTN: Pro Se Clerk.

$7.95

JAN - 7 2022
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.