## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Debra L. Jenkins, | CASE NUMBER |
| PLAINTIFF(S) | CV 22-0170-CJC (JEM) |
| v. | |
| Los Angeles Police Department, et al., | **ORDER RE REQUEST TO PROCEED** *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____          _____
Date                                     United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency          ☐ District Court lacks jurisdiction

☒ Legally and/or factually patently frivolous          ☐ Immunity as to _____

☐ Other: _____

_____

Comments:

Complaint is rambling, confused, largely unintelligible, and appears to reference a variety of separate incidents that took place well outside the statute of limitations. Lacks an arguable basis in law or fact. Neitzke v. Williams, 490 U.S. 319, 325 (1989). Plaintiff is not entitled to proceed in forma pauperis. Franklin v. Murphy, 745 F.2d 1221, 1227-28 (9th Cir. 1984). Recommend immediate dismissal.

January 19, 2022                         /s/ John E. McDermott
Date                                     United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☒ DENIED (see comments above).  IT IS FURTHER ORDERED that:

☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.

☒ This case is hereby DISMISSED immediately.

☐ This case is hereby REMANDED to state court.

January 20, 2022                         _____
Date                                     United States District Judge

CV-73 (08/16)          **ORDER RE REQUEST TO PROCEED** *IN FORMA PAUPERIS*